**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Civil No. 09-2523 (DSD/JJK) |
| Petitioner | |
| v. | **ORDER** |
| Steven Green, | |
| Respondent. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 9, 2009. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 (Docket No. 1), is **GRANTED**. Respondent is in need of custody for care and treatment of a mental disorder and/or defect; and

2. Respondent should be committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 4245 for hospitalization and treatment at FMC-Rochester or another comparable BOP facility.

Dated: November 13, 2009

s/David S. Doty
DAVID S. DOTY
United States District Judge